# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation, | |
| Plaintiff(s), | 2:11-cv-00708-RLH-CWH |
| vs. | **O R D E R** (Administrative Closure) |
| 2 DUDES & A KID dba GROUP INTERNATIONAL and dba DIGITAL IMPACT, a Nevada Close Corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant(s). | |

The Plaintiff having represented to the Court that its claims and causes of action have been fully resolved pending full payment of the settlement agreement in monthly increments, IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened if necessary.

Dated: November 29, 2011.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE